**Order entered May 7, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00109-CR
No. 05-13-00110-CR
No. 05-13-00111-CR

**DAVID LYNN GREGG, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-53040, F12-51712, F11-27717**

## ORDER

The Court **REINSTATES** the appeals.

On April 8, 2013, we ordered the trial court to make findings regarding why the reporter's record had not been filed. On May 3, 2013, we received the reporter's record. Therefore, in the interest of expediting the appeals, we **VACATE** the April 8, 2013 order requiring findings.

Appellant's brief is due within **THIRTY DAYS** of the date of this order.

/s/      DAVID EVANS
         JUSTICE